

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00332-CV

Manuel and Simona **CAMACHO**,
Appellants

v.

**TEXAS WESTCHESTER FINANCIAL, LLC**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 4246
Honorable Lynn Ellison, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellants Manuel Camacho and Simona Camacho.

SIGNED October 14, 2015.

_____
Patricia O. Alvarez, Justice